IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00733-WYD-MJW

TRUSTEES OF THE OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR COLORADO;
TRUSTEES OF THE COLORADO OPERATING ENGINEERS' VACATION FUND;
TRUSTEES OF THE CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS; and
TRUSTEES OF THE COLORADO JOURNEYMEN AND APPRENTICE TRAINING FUND FOR OPERATING ENGINEERS,

      Plaintiffs,

v.

L.D.D. CONSTRUCTION, INC., a Colorado corporation,

      Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal with Prejudice (filed May 17, 2007).  The Stipulation seeks a dismissal of the case with prejudice pursuant to a settlement that resolves all disputes between the parties.  After a careful review of the stipulated motion and the file, I conclude that the motion should be granted and the case dismissed.  Accordingly, it is

ORDERED that the Stipulated Motion for Dismissal with Prejudice is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to bear their own attorneys' fees and costs.

Dated: May 21, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge